FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br><br>    Plaintiff/Counter-Defendant,<br><br>    v.<br><br>KSB LITIGATION, P.S.; JEFFRY K. FINER; WILLIAM J. SCHROEDER; WILLIAM C. SCHROEDER; JANE E. BROWN;<br><br>    Defendants/Counter-Plaintiffs,<br><br>and KEVIN "TED" CARROLL,<br><br>    Defendant. | No. 4:24-CV-00285-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

On February 20, 2025, the parties filed a Stipulation and Order to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), ECF No. 46. The parties asks the Court to dismiss this action, including all claims and counterclaims with prejudice with each party to bear their own costs and fees.

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulation, ECF No. 36, the above-captioned action, including all claims and counterclaims is **DISMISSED** with prejudice with each party to bear their own costs and fees.

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 1

2. The Clerk of Court is directed to **close** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 20th day of February 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 2